IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.     Case No.  12-cv-720-wmc

ONE 2005 JEEP CHEROKEE LIMITED,
VIN: 1J4HR58N05C688491,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff United States of America, granting its motion for summary judgment.

| s/ R.Plender, Deputy Clerk | 12/9/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |